

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00157-CR

JAMES BRENT BECKHAM,

                                                          Appellant

 v.

THE STATE OF TEXAS,

                                                          Appellee

**From the 443rd District Court
Ellis County, Texas
Trial Court No. 45577CR**

## MEMORANDUM OPINION

James Brent Beckham appeals from the judgment adjudicating his guilt for the second-degree felony offense of possession of a controlled substance, group one, in an amount of four grams or more but less than 200 grams. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(d). The trial court's certification of his right of appeal, which Beckham and his counsel signed, indicates that Beckham has waived his right of appeal. Accordingly, this appeal must be dismissed. *See* TEX. R. APP. P. 25.2(d) ("The appeal

must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules."); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003).

Notwithstanding that we are dismissing this appeal, Beckham may file a motion for rehearing with this Court within 15 days after this opinion and judgment are rendered if he believes this opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Beckham desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See id.* R. 68.2(a).

For the reasons stated, this appeal is dismissed.


MATT JOHNSON
Justice

Before Chief Justice Gray,
     Justice Smith, and
     Justice Johnson
Appeal dismissed
Opinion delivered and filed June 14, 2023
Do not publish
[CR25]

